IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KORI ALI MUHAMMAD,<br><br>Defendant. | ) | CR. F. 05-00033 OWW<br><br>ORDER ON GOVERNMENT'S MOTION FOR COMPETENCY EVALUATION AND PSYCHIATRIC EXAMINATION UPON NOTICE OF INSANITY DEFENSE<br><br>DATE:<br>TIME:<br>DEPT: Courtroom Two<br>Honorable Oliver W. Wanger |

After consideration of the Government’s Motion for Competency Evaluation and Psychiatric Examination Upon Notice of Insanity Defense;

IT IS HEREBY ORDERED that the Government may have a psychiatric evaluation conducted upon the defendant to determine his competency to stand trial and evaluate his insanity claim.

Dated: August ____, 2005

_____________________________
Honorable Oliver W. Wanger
U.S. District Court Judge