MCGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
3654 Federal Building
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. 05-00033 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND SET MOTION AND |
| v. | ) | BRIEFING SCHEDULE FOR DEFENDANT'S |
| | ) | COMPETENCY AND NOTICE OF INSANITY |
| KORI ALI MUHAMMAD, | ) | DEFENSE |
| | ) | |
| Defendant. | ) | NOTE TO COUNSEL: REQUESTED DATE |
| | ) | HAS BEEN CHANGED |
| | ) | |
| | | DATE:    September 12, 2005 |
| | | TIME:    3:00 p.m. |
| | | DEPT:    Courtroom Two |
| | | Honorable Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. KELLY, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Kori Ali Muhammad, that the date for hearing on competency motion and notice of insanity defense in this matter may be continued to September 14, 2005.  It is also requested that a new motion briefing schedule be ordered.  It is requested that the Government's response to defendant's motion and notice may be filed by September 1, 2005; that any reply or opposition may be filed

by September 8, 2005; and that status conference and hearing on the motions may be set for September 14, 2005.  **The date currently set for the hearing is August 17, 2005.  The requested new date is September 14, 2005.**

The reason for this request is that additional time is needed for investigation and preparation for litigation of the defendant's competency claim and notice of insanity defense.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

        McGREGOR W. SCOTT
        United States Attorney

        By /s/Kimberly A. Kelly
        KIMBERLY A. KELLY

DATED:  August 8, 2005

        QUIN DENVIR
        Federal Public Defender

DATED: August 8, 2005

        <u>Asst. Fed. Defender Kersten has approved of his electronic signature being placed here</u>

        /s/Eric Kersten
        Assistant Federal Defender
        Attorney for Defendant
        Kori Ali Muhammad

**O R D E R**

The hearing on this matter is re-set for September 12, 2005 at 3:00 p.m.

    **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

    DATED: AUGUST _10_, 2005

                                                                 /s/ OLIVER W. WANGER

                                                                  OLIVER W. WANGER, Judge
                                                                  United States District Court
                                                                  Eastern District of California