IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. 05-00033 OWW |
| | ) | |
| Plaintiff, | ) | ORDER ON GOVERNMENT'S MOTION FOR |
| | ) | COMPETENCY EVALUATION AND |
| v. | ) | PSYCHIATRIC EXAMINATION UPON |
| | ) | NOTICE OF INSANITY DEFENSE |
| KORI ALI MUHAMMAD, | ) | |
| | ) | |
| Defendant. | ) | DATE: |
| | ) | TIME: |
| | ) | DEPT: Courtroom Two |
| | | Honorable Oliver W. Wanger |

After consideration of the Government's Motion for Competency Evaluation and Psychiatric Examination Upon Notice of Insanity Defense;

IT IS HEREBY ORDERED that the Government may have a psychiatric evaluation conducted upon the defendant to determine his competency to stand trial and evaluate his insanity claim.

/s/ OLIVER W. WANGER

Dated: August  23   , 2005

Honorable Oliver W. Wanger
U.S. District Court Judge

1