```
QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for defendant
KORI ALI MUHAMMAD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.01:05-cr-00033 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE;  AND ORDER THEREON |
| v. | |
| KORI ALI MUHAMMAD, | Date:   October 18, 2005<br>Time:   9:00 a.m.<br>Judge: Honorable Oliver W. Wanger |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. KELLY, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Kori Ali Muhammad, that the date for Status Conference, presently set for September 12, 2005, may be continued to **October 18, 2005 at 9:00 a.m.**

The reason for this request is that while psychiatric evaluations of Mr. Muhammad have been completed by both defense and government experts, additional psychiatric records, not previously available, need to be obtained and reviewed prior to completion of the experts' final reports.

*It is requested that this matter be set on a Tuesday as, in the event expert testimony is required, the defense expert is generally unavailable on Mondays due to prior scheduling conflicts.*

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the determination of

mental competency pursuant to 18 U.S.C. §§ 3161(h)(1)(A).

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATED: September 8, 2005         By /s/ Kimberly A. Kelly
                                                      KIMBERLY A. KELLY
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

                                                      QUIN DENVIR
                                                      Federal Public Defender

DATED: September 8, 2005         By /s/ Eric V. Kersten
                                                      ERIC V. KERSTEN
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      Kori Ali Muhammad

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(8)(B)(iv).

    DATED: September __8__, 2005

                                                    /s/ OLIVER W. WANGER
                                                    OLIVER W. WANGER, Judge
                                                    United States District Court
                                                    Eastern District of California