QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for defendant
KORI ALI MUHAMMAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO .01:05-cr-00033 OWW |
| Plaintiff, | [PROPOSED] ORDER FOR COMMITMENT, PURSUANT TO 18 U.S.C. § 4241(D)(1), TO DETERMINE PROBABILITY DEFENDANT WILL ATTAIN COMPETENCY TO STAND TRIAL |
| v. | |
| KORI ALI MUHAMMAD, | |
| Defendant. | Judge: Honorable Oliver W. Wanger |

This matter came on before the court for hearing on October 24, 2005. At that time the court determined that defendant Kori Ali Muhammad is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**, pursuant to 18 U.S.C. § 4241(d)(1), that Kori Ali Muhammad shall be committed to the custody of the Attorney General for placement in a suitable facility for a reasonable period, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

DATED: October _____, 2005

______________________________
OLIVER W. WANGER, Judge
United States District Court
Eastern District of California