DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KORI ALI MUHAMMAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. F 05-33 OWW |
|---|---|
| Plaintiff, | ) **ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | ) |
| KORI ALI MUHAMMAD, | ) **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) |

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on January 28, 2008.

On October 10, 2006, this Court sentenced Mr. Muhammad to a term of imprisonment of 110 months. The parties agree, and the Court finds, that Mr. Muhammad is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 25 to 23.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to an aggregate term of 92 months on all counts;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

1  Unless otherwise ordered, Mr. Muhammad shall report to the United
2  States Probation office closest to the release destination within
3  seventy-two hours after his release.
4  Dated:  April _4__, 2008

                                    _/S/ OLIVER W. WANGER_____
                                    HONORABLE OLIVER W. WANGER
                                    United States District Judge

ORDER REDUCING SENTENCE
-2-