# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KORI ALI MUHAMMAD | ) | Case No: 1:05-cr-00033 - 001 - OWW |
| | ) | USM No: 62118-097 |
| Date of Previous Judgment: 11/1/2006 | ) | David M. Porter |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  110  months **is reduced to**  92 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  25           Amended Offense Level:  23
Criminal History Category:  VI        Criminal History Category:  VI
Previous Guideline Range:  110  to  137  months    Amended Guideline Range:  92  to  115  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  11/1/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  4/8/2008                              /s/ OLIVER W. WANGER
                                                        Judge's signature

Effective Date: _____                Oliver W. Wanger U.S. District Judge
        (if different from order date)                  Printed name and title