**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

**United States of America,**

**v.**

**Kori Muhammad,**

**Defendant.**

**ORDER TO REDUCE TERM OF SUPERVISED RELEASE FOR SUCCESSFUL COMPLETION OF REENTRY COURT (18 U.S.C. 3583(3)(1)**

**Docket Number: 1:05CR00033-001**

On September 4, 2014, the defendant was accepted as a participant in the Reentry Court Program and completed six months. He returned to the Reentry Court Program on April 27, 2016, and on September 29, 2016, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of September 29, 2016.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on August 18, 2014, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program. However, considering his term of supervised release expected to expire on August 17, 2017, it is recommend his term of supervision be terminated effective September 29, 2016.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

September 29, 2016
**Date**

Sheila K. Oberto
**The Honorable Sheila K. Oberto**
**United States Magistrate Judge**

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is terminated.

Sept 29, 2016
**Date**

**The Honorable Lawrence J. O'Neill**
**Chief United States District Judge**

cc: Defendant
Assistant United States Attorney: Kimberly A. Sanchez
Defense Counsel: Eric V. Kersten
FLU Unit – United States Attorney's Office
Fiscal Clerk - Clerk's Office