UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:05-CR-00033 LJO |
| Plaintiff, | |
| v. | ORDER |
| KORI MUHAMMAD, | |
| Defendants. | |

IT IS HEREBY ORDERED that the United States Probation Office may release the Presentence Report prepared in this matter to the FBI, the Fresno Police Department and the Fresno County District Attorney's Office.

IT IS SO ORDERED.

Dated: __April 18, 2017__       __/s/ Lawrence J. O'Neill__
UNITED STATES CHIEF DISTRICT JUDGE

1