IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KORI MUHAMMAD,<br><br>　　　　　　　Defendant. | CASE NO. 1:05-CR-00033 LJO<br><br>ORDER |

　　　IT IS HEREBY ORDERED that the United States Probation Office may release Dr. Abak Howsepian's reports attached to the Presentence Report prepared in this matter to the FBI, the Fresno Police Department and the Fresno County District Attorney's Office

　　　IT IS FURTHER ORDERED that the United States may release Kori Muhammad's medical records to the FBI, the Fresno Police Department and the Fresno County District Attorney's Office.

　　　These records may not be disseminated by the receiving agencies without a further Order of this Court.

IT IS SO ORDERED.

　　　Dated:　**April 26, 2017**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1