1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:05-CR-00033 LJO |
| Plaintiff, | |
| v. | ORDER |
| KORI MUHAMMAD, | |
| Defendants. | |

IT IS HEREBY ORDERED that the United States Probation Office may release Michael S. Barnett, MD, LTD's January 17, 2012 report to the FBI, the Fresno Police Department and the Fresno County District Attorney's Office.

These records may not be disseminated by the receiving agencies without a further Order of this Court, except by the Fresno County District Attorney's Office to Kori Muhammad or his defense team.

IT IS SO ORDERED.

Dated: __**April 27, 2017**__          _____**/s/ Lawrence J. O'Neill**_____
                                        UNITED STATES CHIEF DISTRICT JUDGE