# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:05-CR-00033 LJO |
|---|---|
| Plaintiff, | |
| v. | <u>ORDER</u> |
| KORI MUHAMMAD, | |
| Defendants. | |

IT IS HEREBY ORDERED that the Court's April 26, 2017 Order is modified to allow the Fresno County District Attorney's Office may release Dr. Abak Howsepian's report and Kori Muhammad's medical records to Mr. Muhammad, his defense team, and to mental health experts: 1) appointed by the Fresno County Superior Court; 2) consulted or retained by the prosecution; or 3) consulted or retained by Mr. Muhammad or his attorneys.

These records may not be disseminated by the receiving agencies without a further Order of this Court.

IT IS SO ORDERED.

Dated: **May 2, 2017**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1