UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:05-CR-00033 LJO |
| Plaintiff, | |
| v. | ORDER |
| KORI MUHAMMAD, | |
| Defendants. | |

1. IT IS HEREBY ORDERED that the chronological entries in the United States Probation Office's record-keeping system may be released to the FBI, the District Attorney's Office and the Fresno Police Department with the provision that no recipient may disseminate the report without further order of the Court other than as the Fresno County District Attorney's Office finds necessary to provide the reports to Mr. Muhammad or his defense team, and to mental health experts: 1) appointed by the Fresno County Superior Court; 2) consulted or retained by the prosecution; or 3) consulted or retained by Mr. Muhammad or his attorneys.

IT IS SO ORDERED.

Dated: **May 23, 2017**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE