
FILED
JAN 07 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KORI MUHAMMAD,<br><br>Defendants. | No. 1:05-CR-00033 LJO<br><br>[PROPOSED] ORDER |

IT IS HEREBY ORDERED that the Fresno County District Attorney's Office may release the Presentence Report prepared in this matter to Kori Muhammad and his defense team.

Dated: January 7, 2020

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. District Court Judge

1